*148909*

Date: 08/20/09     **DIVIDENDS REMITTED TO THE COURT**     Page: 1

Case Number 05-94491 - ULRICH, JOSEPH R  *- H*

| Creditor | Claim No. | Amount Allowed | Amount Paid | |
|---|---|---|---|---|
| Lake County Dept of Utilities<br>P.O. Box 8005<br>Painesville, OH 44077-8005 | 000001 | 29.89 | 1.60 | *ck 103* |
| AMERICAN EXPRESS TRAVEL RELATED SERVICES CO, INC<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN PA 19355-0701 | 000007 | 40.22 | 2.15 | *ck 109* |

---------- Remittance Total --------------     70.11     3.75

_____
TRUSTEE VIRGIL E. BROWN, JR, Trustee

[Filed stamp: 09 AUG 25 PM 1:47 — U.S. BANKRUPTCY COURT, NORTHERN DISTRICT OF OHIO, CLEVELAND]

Printed: 08/20/09 12:39 PM    Ver: 14.31c